**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **BARBARA GRIFFIN** | **CASE NO. 3:22-cv-04971** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMERICAN SECURITY INSURANCE CO., ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 18], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and abide by the orders of the court.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 7th day of July 2023.

_____
TERRY A. DOUGHTY, CHIEF JUDGE
UNITED STATES DISTRICT COURT